UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06 - cr - 528 |
| vs. ) | |
| ) | |
| FERNANDO GAUSIN-CHAVARRIA, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

The United States of America and the defendant, having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The defendant entered a plea of guilty to Count(s) ____1____ of the Indictment/~~Information~~. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea(s) was/~~were~~ knowing and voluntary as to ~~each~~ that count, and that the offenses(s) charged is/~~are~~ supported by an independent factual basis concerning each of the essential elements of such offense(s). I, therefore, recommend that the plea(s) of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the defendant be adjudged guilty and have sentence imposed accordingly.

_September 20, 2006_
Date

_____
THOMAS J. SHIELDS
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).